**Hideaki OKADA, Appellant,**

v.

**Joseph E. LOUIS, Appellee.**

**No. 01–1002.**

United States Court of Appeals, Federal Circuit.

Dec. 4, 2001.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).